AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| United States of America | ) |
|---|---|
| v. | ) |
| Stanley Vaughn | ) Case No. 13-cr-774 |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Chicago Police Department
Attn: Keeper of Records
Chicago Police Department Headquarters
3510 S. Michigan Ave., Chicago, IL 60652

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Dirksen U.S. Federal Courthouse<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Courtroom No.: 1419 |
|---|---|---|
| | | Date and Time: 08/11/2015 2:00 pm |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Any and all books, records, and documentation related to or concerning any and all Chicago Police Department Investigation I#701576, also known as Operation "Bull-Rush," including but not limited to any and all case incident reports, case supplemental reports, general progress reports, reports of investigation, "street files," handwritten notes, investigative files, area files, working files, permanent retention files, and administrative and to/from memorandum.
***Note: This subpoena can be complied with by delivering the aforesaid documents on or before July 21, 2015, to: Joshua G. Herman, Attorney at Law, 53 West Jackson Blvd., Suite 1650, Chicago, IL 60604***

(SEAL)

Date: MAY 22 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*

*NEED more Information*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* Stanley Vaughn
, who requests this subpoena, are:

Joshua G. Herman
Attorney at Law
53 W. Jackson, Blvd., Suite 1650
Chicago, IL 60604
312-909-0434
jherman@joshhermanlaw.com

FILED
AUG 17 2015
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

BUREAU OF ORGANIZED CRIME  
NARCOTICS DIVISION

7 August 2015

FILED  
AUG 17 2015  
THOMAS G. BRUTON  
CLERK, U.S. DISTRICT COURT

TO: Joseph Perfetti  
Records Inquiry/Subpoena Section  
Unit 163

FROM: PO M. Blasz #10077  
Narcotics Division  
Unit 189

SUBJECT: "Operation Bull Rush"

As of today's date R/O has no knowledge of any Operation, titled "Operation Bull Rush".

*[signature]*  
PO Michele Blasz #10077

Approved:

*[signature]*  
Thomas P. Waldera  
Narcotics Division

TPW/mb